## S91A0681. ANDERSON v. BREAULT.
(410 SE2d 34)

PER CURIAM.

We granted appellant's application to appeal to determine the modification statute which applies to a petition for modification of a 1987 judgment for child support.

This case is controlled by our decision in *Byrd v. Ault*, 260 Ga. 893 (401 SE2d 690) (1991), which requires the application of OCGA § 19-6-19 (a) as amended in 1986. The judgment of the trial court is therefore reversed.

*Judgment reversed. All the Justices concur.*

DECIDED SEPTEMBER 16, 1991.

*Tina G. Stanford,* for appellant.
*Kelly, Denney, Pease & Allison, John W. Denney,* for appellee.